UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIRA BURLEY,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 25-cv-00215-VC   (SK)<br><br>**ORDER ON DISCOVERY DISPUTE REGARDING APPLE'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Regarding Docket No. 46 |

Now before the Court is the parties' dispute regarding Defendant Apple Inc.'s response to Plaintiff Jamira Burley's Request for Production of Documents Number 30. The Court GRANTS Plaintiff's motion to compel documents responsive to Request No. 30 as follows: complaints of racial discrimination in Apple's Worldwide Education Team from January 1, 2020 to the present. Apple must provide these documents by January 30, 2026.

**IT IS SO ORDERED**.

Dated: January 15, 2026



SALLIE KIM
United States Magistrate Judge